UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

J & J SPORTS PRODUCTIONS, INC.

      DEFAULT JUDGMENT

   v.

      Case No. CIV S-2:10-CV-1071 WBS KJN

VICTORIA ELIZABETH JUAREZ d/b/a VICTORIA'S MEXICAN FOOD

_____

    **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in the amount of $25,000.00 against defendant:

    **VICTORIA ELIZABETH JUAREZ d/b/a VICTORIA'S MEXICAN FOOD**

February 11, 2011

          VICTORIA C. MINOR, CLERK


          By:  _____/s/_____
          R. MATSON, Deputy Clerk